UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Judith M Layton;<br>Tahoe Mountain Sports Inc., a<br>California Corporation; and Does 1-10,<br><br>    Defendants | Case: 2:14-CV-00258-JAM-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated:  6/20/2014        /s/ John A. Mendez_____
                         UNITED STATES DISTRICT COURT JUDGE

1